# Order

Michigan Supreme Court
Lansing, Michigan

October 22, 2012

Robert P. Young, Jr.,
Chief Justice

145606

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ARCHIE A. VAN ELSLANDER,
   Plaintiff-Appellee,

v

THOMAS SEBOLD & ASSOCIATES, INC.,
HOME INSPECTIONS NORTH, INC., and
LINCOLN WOOD PRODUCTS, INC.,
   Defendants,
and

DANIEL S. FOLLIS and MARY ELIZABETH
FOLLIS,
   Defendants-Appellants.

SC: 145606
COA: 301822
Oakland CC: 03-051583-CZ

_____/

   On order of the Court, the application for leave to appeal the June 28, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

   CAVANAGH, J., concurs in the denial of leave but would reinstate the trial court's award of attorney fees and costs and bring an end to this protracted litigation.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012           _____

t1015                   Clerk